IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10718-GG

SUE CAUSEY,

                                      Plaintiff - Appellee,

versus

COMCAST CABLE COMMUNICATIONS, LLC,

                                      Defendant - Appellant.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Appellee's motion to stay appeal in light of an anticipated settlement is GRANTED.

Appellee's brief is due 30 days from the date of this Order.

                                                    UNITED STATES CIRCUIT JUDGE